IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| EL PASO NATURAL GAS COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>DUCTOS DE NOGALES, L.L.C., et al.,<br><br>     Defendants. | No. CIV 05-486-TUC-CKJ (GEE)<br><br>**ORDER** |

On May 23, 2006, Magistrate Glenda E. Edmonds issued a Report and Recommendation [Doc. # 42] in which she recommended Plaintiff's Motion for Default Judgment [Doc. # 15] be granted in part. No objections to the Report and Recommendation have been filed.

After an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 42] is ADOPTED;

2. Plaintiff's Motion for Default Judgment [Doc. # 15] is GRANTED IN PART;

3. Defendant Ductos de Nogales, L.L.C., has no standing in this matter and is prohibited from introducing evidence, being heard at the final hearing, or otherwise appearing in any way, and;

4. This matter is referred back to Magistrate Judge Glenda E. Edmonds for further pretrial proceedings and report and recommendation in accordance with the provisions of 28

1  U. S. C. § 636(b)(1) and  L.R.Civ.P. 72.1 and 72.2.
2       DATED this 5th day of July, 2006.